# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  PHYLLIS D. PAYNE  
6260 EAST RIVERSIDE BLVD., SUITE 122   SSN-xxx-xx-2670  
LOVES PARK, IL  61111

Case Number: 07-72095

Case filed on: 8/31/2007  
Plan Confirmed on: 2/15/2008

D Dismissed

Total funds received and disbursed pursuant to the plan: $23,754.16   Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY PHILIP H HART | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | CREDITORS PROTECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | PHYLLIS D. PAYNE | 0.00 | 0.00 | 800.06 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 800.06 | 0.00 |
| 002 | CAPITAL ONE AUTO FINANCE | 22,918.65 | 22,918.65 | 17,049.34 | 2,198.79 |
| 024 | FLORA COUSINS | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | MIDWEST SELF STORAGE | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | THE UPS STORE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 22,918.65 | 22,918.65 | 17,049.34 | 2,198.79 |
| 001 | BLUEGREEN CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | CAPITAL ONE AUTO FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | CAPITAL ONE AUTO FINANCE | 27,042.76 | 27,042.76 | 1,288.67 | 0.00 |
| 004 | PRIME FINANCIAL CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | WISCONSIN DEPARTMENT OF REVENUE | 8,486.17 | 8,486.17 | 404.39 | 0.00 |
| 006 | AAA COMMUNITY FINANCE #1 | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | ADVANCE CASH EXPRESS | 500.00 | 500.00 | 16.87 | 0.00 |
| 008 | ALLSTATE | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | APPLIED CARD BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | BELOIT MEMORIAL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | CAPITAL ONE BANK (USA) NA | 796.42 | 796.42 | 23.40 | 0.00 |
| 012 | COTTONWOOD FINANCIAL | 937.14 | 937.14 | 44.65 | 0.00 |
| 013 | CITY OF ROCKFORD | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | LOVES PARK WATER DEPT. | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | TSYS TOTAL DEBT MANAGEMENT | 1,122.71 | 1,122.71 | 53.50 | 0.00 |
| 018 | MUTUAL MANAGEMENT SERVICES | 77.00 | 77.00 | 0.00 | 0.00 |
| 019 | STATE COLLECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | THE AFFILIATED GROUP INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | BELOIT CLINIC | 297.10 | 297.10 | 0.00 | 0.00 |
| 022 | VERIZON WIRELESS | 1,119.70 | 1,119.70 | 53.35 | 0.00 |
| 023 | WOMENS HEALTH CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | KENNETH PAYNE | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | CREDITORS PROTECTION SERVICE, INC | 240.00 | 240.00 | 0.00 | 0.00 |
| 029 | AAA COMMUNITY FINANCE | 2,595.96 | 2,595.96 | 123.70 | 0.00 |
| 030 | CAPITAL ONE AUTO FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | CHAZ HECKMAN | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 43,214.96 | 43,214.96 | 2,008.53 | 0.00 |
|  | Grand Total: | 66,133.61 | 66,133.61 | 19,857.93 | 2,198.79 |

Total Paid Claimant:   $22,056.72  
Trustee Allowance:   $1,697.44   Wherefore, your petitioner prays that a final Decree be entered  
Percent Paid Unsecured:   4.65   discharging the trustee and the trustee's surety from any and all  
liablility on account of the within proceedings, and closing the estate,  
and for such other relief as is just.  Pursuant to FRBP, I hereby  
certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL on 03/26/2009 By /s/Heather M. Fagan